ASH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alejandro Garcia-Rosales,<br><br>　　　　Petitioner,<br><br>v.<br><br>Kristi Noem, et al.,<br><br>　　　　Respondents. | No. CV-25-03391-PHX-SHD (DMF)<br><br>**ORDER** |

　　　　Petitioner Alejandro Garcia-Rosales has filed a Petition for Writ of Habeas Corpus Under § 2241, a Motion for Temporary Restraining Order ("TRO Motion"), and a Motion for Summons. (Docs. 1-3). The Court will require Respondents to answer the Petition and TRO Motion.

　　　　In his Petition, Petitioner names United States Department of Homeland Security (DHS) Secretary Kristi Noem; DHS; Acting Director of Immigration and Customs Enforcement (ICE) Todd Lyons; ICE; John Cantu, Field Office Director of the ICE Enforcement and Removal Operations Phoenix Field Office; Central Arizona Florence Correctional Complex Warden Luis Rosa, Jr.; Acting Director of the Executive Office for Immigration Review (EOIR) Sirce Owen; and EOIR as Respondents.

　　　　Petitioner is a citizen of Mexico, and has been living in the United States since 2006 when he was three years old. In 2021, he filed a Form I821D for consideration for deferred action for childhood arrivals, which remains pending. Petitioner has no criminal history or gang affiliations. On June 26, 2025, Petitioner was taken into ICE custody. On July 11,

1  2025, a custody redetermination hearing was held, and the IJ ordered that Petitioner be
2  released on posting of a $10,000.00 bond. However, ICE immediately filed a Form EOIR-
3  43, which—under 8 C.F.R. § 1003.19(i)(2)—prevents non-citizens from posting bond and
4  being released even where an IJ has, as with Petitioner, determined that they are not a flight
5  risk. Petitioner asserts that this "automatic stay" pursuant to § 1003.19 is a new
6  interpretation of that regulation, and that this interpretation—and its resultant effect on
7  Petitioner's detention—violates the Fifth Amendment and is ultra vires.

8  The Court will require Respondents to answer the Petition and Motion for
9  Temporary Restraining Order. (Docs. 1 and 2). The Court will not grant the Motion on an
10  *ex parte* basis, but will set an expedited briefing schedule on the Motion.

11  **IT IS ORDERED:**

12  (1) Counsel for Petitioner must immediately serve the Petition upon
13  Respondents.

14  (2) Petitioner's Motion for Summons (Doc. 3) is **granted**. The Clerk's Office
15  must issue any properly completed summonses.

16  (3) The Clerk of Court must immediately transmit by email a copy of this Order
17  and a copy of the Petition and Motion for Temporary Restraining Order (Docs. 1 and 2) to
18  the United States Attorney for the District of Arizona, to the attention of Katherine Branch
19  at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, and Lon
20  Leavitt at lon.leavitt@usdoj.gov.

21  (4) Respondents must respond to the Motion for Temporary Restraining Order
22  (Doc. 2) **no later than 5:00 p.m. Wednesday, September 24, 2025**. Petitioner may file a
23  reply **no later than 5:00 p.m. Friday, September 26, 2025**.

24  (5) Respondents must answer the petition within **twenty (20) days** of the date of
25  service.

26  . . . .
27  . . . .
28  . . . .

(6) Petitioner may file a reply within **ten (10) days** from the date of service of the answer.

Dated this 16th day of September, 2025.

```
                                        _____
                                        Honorable Sharad H. Desai
                                        United States District Judge
```